

```
FILED
CLERK, U.S. DISTRICT COURT

AUG 1 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Juan Rangel<br><br>DEFENDANT(S). | CASE NUMBER<br><br>08 MJ 1938<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Aug 15__, __2008__, at __1:00__ ☐ a.m. / ☒ p.m. before the Honorable __Eick__, in Courtroom __341__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __8/11/08__                  _____
                                     U.S. District Judge/Magistrate Judge